

1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744

FILED
MAY 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MIGRAN PETROSYAN,<br>    aka Arthur Dupount,<br>    aka Maxim Koffman,<br>KHACHATUR ARUTUNYAN,<br>    aka Hutch Arut,<br>    aka Hutch Arutunyan,<br>    aka Hutch Harutunyan,<br>LANA LE CHABRIER,<br>ALEXANDER POPOV,<br>RAMANATHAN PRAKASH,<br>EMILIO LOUIS CRUZ, III,<br>SOL TEITELBAUM,<br>SHUSHANIK MARTIROSYAN,<br>ZOYA BELOV,<br>NAZARET SALMANYAN, and<br>LIW JIAW SAECHAO,<br>    aka ("JENNY"),<br><br>        Defendants. | CR. NO. S-08-0427 MCE<br><br>Request For Unsealing of<br>Superseding Indictment and<br>[~~proposed~~] Order<br>DAD |

TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Philip A. Ferrari, Assistant United States Attorney for the Eastern District of California, to petition this Court and

1

respectfully represent:

1. On May 20, 2010, the Honorable Edmund F. Brennan issued an order sealing the Superseding Indictment in the above-referenced case until further order of the Court.

2. On May 24, 2010, three of the above-referenced defendants were arrested and there is no longer a compelling need to keep the Superseding Indictment sealed.

THEREFORE, your petitioner prays that the aforesaid Superseding Indictment, as well as the Petition to Seal the Superseding Indictment, and the Order sealing the Superseding Indictment be unsealed and made part of the public record.

Dated: May 24, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
U.S. ATTORNEY

by: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

The Court hereby orders that the Superseding Indictment in case no. S-08-0427 MCE, as well as the Petition to Seal the Superseding Indictment, and the Order sealing the Superseding Indictment shall be unsealed and made part of the public record.

DATED: 5/24/10

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge

2