# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**USA ,**

v.

**ALEXANDER POPOV ,**

**WARRANT FOR ARREST**

1907189

Case No: **2:08–CR–00427–MCE *SEALED***

~~SEALED~~ un

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Alexander Popov ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Violation Petition   ☐ Other

charging him or her with (brief description of offense)
**Conspiracy to Commit Health Care Fraud**

in violation of Title  **18**    United States Code, Section(s)  **1347**

| D. Duong | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ D. Duong | **5/21/10**         **Sacramento** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  **$No Bail**      by    **Magistrate Judge Edmund F. Brennan**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| 5-21-10 | B. Eggar  DSO  USMS |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| 6-10-10 | /s/ |
| Date of Arrest | Signature of Arresting Officer |

**FILED**

JUN 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK