```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 08-0427-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE |
| MIGRAN PETROSYAN, et al., ) | |
| ) | |
| ) | Date: September 9, 2010 |
| Defendants. ) | Time: 9:00 a.m. |
| _____) | Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, LANA LE CHABRIER, RAMANATHAN PRAKASH, LANA LE CHABRIER, ALEXANDER POPOV, SHUSHANIK MARTIROSYAN, NAZARET SALMANYAN, and LIW JIAW SAECHAO, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, July 22, 2010, be continued to Thursday, September 9, 2010, at 9:00 a.m.

Since the Superseding Indictment was filed on May 20, 2010, the government has produced over 50,000 documents to counsel for the defendants who have been added to this case. The parties

1

request this continuance so that they may continue to review the discovery, investigate the facts underlying this case and seek possible resolution.  Speedy trial time is to be excluded from the date of the originally set status conference, July 22, 2010, through the date of the status conference set for September 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari
                                        PHILIP A. FERRARI
                                        Assistant U.S. Attorney

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        ELON BERK
                                        Att'y for Migran Petrosyan

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        DMITRY GUROVICH
                                        Att'y for Khachatur Arutunyan

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        JAN D. KAROWSKY
                                        Att'y for Lana Le Chabrier

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        RONALD MOSS
                                        Att'y for Alexander Popov

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        RONALD RICHARDS
                                        Att'y for Ramanathan Prakash

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        JONATHAN ROSEN
                                        Att'y for Shushanik Martirosyan

DATE: July 22, 2010       By:   /s/ Philip A. Ferrari for
                                        TOM JOHNSON
                                        Att'y for Nazaret Salmanyan

///

///

```
DATE: July 22, 2010          By:    /s/ Philip A. Ferrari for
                                    MICHAEL BIGELOW
                                    Att'y for Liw Jiaw Saechao
```

**O R D E R**

   IT IS SO ORDERED.

Dated: July 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE