BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGRAN PETROSYAN, et al.,<br><br>    Defendants. | CASE NO. CR S 08-0427-MCE<br><br>STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date: October 21, 2010<br>Time: 9:00 a.m.<br>Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, RAMANATHAN PRAKASH, ALEXANDER POPOV, SHUSHANIK MARTIROSYAN, NAZARET SALMANYAN, and LIW JIAW SAECHAO, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, September 9, 2010, be continued to Thursday, October 21, 2010, at 9:00 a.m.

///
///
///
///

1  The parties request this continuance so that they may
2 continue to review the discovery, investigate the facts
3 underlying this case and seek possible resolution.  Speedy trial
4 time is to be excluded from the date of the originally set status
5 conference, September 9, 2010, through the date of the status
6 conference set for October 21, 2010, pursuant to 18 U.S.C. §
7 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: September 8, 2010        By:   /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     ELON BERK
                                     Att'y for Migran Petrosyan


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     DMITRY GUROVICH
                                     Att'y for Khachatur Arutunyan


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     RONALD MOSS
                                     Att'y for Alexander Popov


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     RONALD RICHARDS
                                     Att'y for Ramanathan Prakash


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     JONATHAN ROSEN
                                     Att'y for Shushanik Martirosyan

```
DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     TOM JOHNSON
                                     Att'y for Nazaret Salmanyan


DATE: September 8, 2010        By:   /s/ Philip A. Ferrari for
                                     MICHAEL BIGELOW
                                     Att'y for Liw Jiaw Saechao
```

**O R D E R**

IT IS SO ORDERED.

Dated: September 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE