

**FILED**

JUL -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:08-cr-00427 |
| Plaintiff, | |
| v. | **JURY COMMUNICATION** |
| ALEXANDER POPOV, ET AL., | |
| Defendants. | |

**JURY COMMUNICATION RECEIVED**

Date: July 7, 2011

Time: 1:01 p.m.

Signed: [redacted]

Communication from jury:

"Stephanie - Have you heard any further word on Warren's health?"

///
///
///
///
///
///

1

**REPLY FROM COURT**

Date sent to jury: July 7, 2011

Time sent to jury: 2:10 p.m.

The Court has not received any further information regarding Mr. Farrell's health.


Dated: July 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE