**FILED**

JUL - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    No. 2:08-cr-00427-MCE

          Plaintiff,

     v.                                      ORDER

ALEXANDER POPOV,
RAMANATHAN PRAKASH, and
LANA LE CHARIER,

          Defendants.

----oo0oo----

     To accommodate jurors with long commutes, the jury is
instructed to adjourn deliberations today at 3:30 p.m., if a
verdict is not reached, and resume deliberations at 9:00 a.m. on
July 11, 2011.

     IT IS SO ORDERED.

Dated: July 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1