UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ALEXANDER POPOV,<br><br>　　　　　Defendant. | Case No. 2:08-CR-00427-06-MCE<br><br>**ORDER PERMITTING DEFENDANT ALEXANDER POPOV TO FILE HIS SENTENCING MEMORANDUM UNDER SEAL** |

Good cause appearing:

IT IS HEREBY ORDERED THAT Defendant ALEXANDER POPOV be permitted to file his Sentencing Memorandum under seal in its entirety.  The Clerk's Office is directed to serve counsel, Philip Ferrari, Jean Hobler and Richard Moss only with the sealed Sentencing Memorandum.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1