IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEXANDER POPOV,<br><br>          Defendant. | Case. No. CR-S-08-427 MCE<br><br>SEALING ORDER |

Good cause having been shown,

**IT IS HEREBY ORDERED** that the Section E of the Government's Reply to Defendant Popov's Sentencing Memorandum, submitted on January 9, 2012, be filed under seal. The Clerk's Office is directed to serve counsel, Richard Moss, Jean Hobler and Phil Ferrari, only with copies of Section E to the Reply.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE