BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEXANDER POPOV,<br>RAMANATHAN PRAKASH,<br><br>　　　　　　　　Defendants. | CASE NO. CR S 08-427 MCE<br><br>STIPULATION REGARDING SENTENCING HEARING; AND ORDER<br><br><br>DATE: July 10, 2014<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

　　1.　　The above-referenced matter has been remanded from the Ninth Circuit to this Court for re-sentencing of the above-named defendants. Docket, # 864. In a Minute Order dated June 5, 2014, this Court set a sentencing hearing to occur on July 10, 2014.

　　2.　　Various counsel involved in this matter are not available on July 10, and the parties respectfully request that the current hearing be VACATED and that a hearing on sentencing be scheduled to occur on August 14, 2014. The parties understand that all sentencing memoranda must be filed not less than 10 days prior to the sentencing hearing.

　　IT IS SO STIPULATED.

STIPULATION RE: SENTENCING HEARING; ORDER　　　　1

| | |
|---|---|
| Dated: June 25, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ PHILIP A. FERRARI<br>PHILIP A. FERRARI<br>Assistant United States Attorney |
| Dated: June 23, 2014 | /s/ Karen L. Landau<br>KAREN LANDAU<br>Counsel for Defendant<br>ALEXANDER POPOV |
| Dated: June 27, 2014 | /s/ Philip A. Ferrari for<br>JAMES SPERTUS<br>Counsel for Defendant<br>RAMANATHAN PRAKASH |

## ORDER

IT IS SO ORDERED.

Dated: July 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: SENTENCING HEARING; ORDER          2