BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAMANATHAN PRAKASH, and<br><br>ALEXANDER POPOV,<br><br>            Defendants. | CASE NO. 2:08-CR-0427 MCE<br><br>DATE:     Aug. 14, 2014 (current)<br>TIME:     9:00 a.m.<br>COURT:  Hon. Morrison C. England, Jr. |

This matter was remanded for resentencing as set forth in *United States v. Popov*, 742 F.3d 911, 916 (9th Cir. 2014). The Court set sentencing for July 10, 2014. By stipulation, the parties agreed to a new date of August 14, 2014. Since that stipulation was submitted, the Government has provided to the defense an analysis of billing records that it intends to use during the resentencing proceedings.

///
///
///
///
///
///
///

STIP. & ORDER RE SENTENCING ON REMAND                    1

1  Counsel for defendant Ramanthan Prakash has proposed a formal briefing schedule in lieu of the standard, simultaneous sentencing briefing ordered by the Court. The Government and defendant Alexander Popov, through his counsel, do not object. The parties by and through their respective counsel therefore stipulate and agree to the following briefing and sentencing schedule, set to permit adequate defense preparation time given the new analysis provided by the Government, as well as trial schedules of government and defendant Prakash's counsel, and request that the Court adopt the same:

| | |
|---|---|
| Sentencing: | November 6, 2014, 9:00 a.m. |
| Reply Brief by Government: | October 30, 2014 |
| Defense Responding Briefs: | October 23, 2014 |
| Government Brief: | October 9, 2014 |

Counsel for the defendants have authorized the Government to sign this stipulation for them.

Dated: July 11, 2014

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Jean M. Hobler*
PHILIP A. FERRARI
JEAN M. HOBLER
Assistant United States Attorneys

Dated: July 11, 2014

By: */s/ Jean M. Hobler for*
KAREN LANDAU
Counsel for Defendant,
ALEXANDER POPOV
(signature authorized July 11, 2014)

Dated: July 14, 2014

By: */s/ Jean M. Hobler for*
JAMES W. SPERTUS
Counsel for Defendant
RAMANATHAN PRAKASH
(signature authorized July 14, 2014)

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the current sentencing date of August 14, 2014, 9:00 a.m., for defendants Ramanathan Prakash and Alexander Popov is vacated, and the following schedule of briefing and sentencing is hereby adopted:

| | |
|---|---|
| Sentencing: | November 6, 2014, 9:00 a.m. |
| Reply Brief by Government: | October 30, 2014 |
| Defense Responding Briefs: | October 23, 2014 |
| Government Brief: | October 9, 2014 |

IT IS SO ORDERED.

Dated:  August 7, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT